IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UKRAINIAN FUTURE CREDIT UNION,<br><br>Defendant. | Case No. 2:13-cv-14215-BAF-DRG |

**STIPULATION OF DISMISSAL**

Plaintiff Cheryl Besser ("Plaintiff"), and Defendant Ukrainian Future Credit Union ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members. No motion for class certification has been filed and no class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e). In exchange for the Plaintiff's individual release of claims set forth in a Confidential Settlement Agreement and Release dated March 18, 2014 (the "Settlement Agreement") and such other consideration set forth in the Settlement Agreement, the parties hereby request that the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of any alleged class members, and retain jurisdiction to interpret and enforce the terms of the Confidential Settlement Agreement and Release entered into by the parties.

Dated: April 15, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Sunshine R. Fellows* | */s/ Lisa T. Milton* |
| Sunshine R. Fellows | Lisa T. Milton |
| sfellows@carlsonlynch.com | ltmilton@brmattorneys.com |
| PNC Park | Bowen, Radabaugh & Milton P.C. |
| 115 Federal Street, Suite 210 | 4967 Crooks Road, Suite 150 |
| Pittsburgh, PA 15212 | Troy, MI 48098 |
| Telephone: 412-322-9243 | Telephone: 248-641-8486 |
| Facsimile: 412-231-0246 | Facsimile: 248-641-8219 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |