# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL BESSER, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

UKRAINIAN FUTURE CREDIT UNION,

   Defendant.

Case No. 2:13-cv-14215-BAF-DRG

## ORDER OF DISMISSAL

  This court having been advised by the parties that they stipulate [DE #_13_] to the dismissal of the above action.

  Accordingly, the above-entitled action is dismissed with prejudice and without costs. However, the court expressly reserves jurisdiction/authority to enforce any conditions or terms of the settlement for a period of 60 days.

         s/ Bernard A. Friedman_____
         Bernard A. Friedman
         United States District Judge

Dated: April 16, 2014

  I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

         Carol L. Mullins_____
         Case Manager